# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re:                                §
                                      §
GUST, JOSEPH                          §    Case No. 12-24473
                                      §
         Debtor(s)                    §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

     Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Peter N. Metrou, Trustee, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

     The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

          CLERK OF THE COURT
          219 South Dearborn
          Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:15 AM on 08/30/2013 in Courtroom ,

          Joliet City Hall
          150 West Jefferson, 2nd Floor
          Joliet, IL 60432

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 07/23/2013                    By: CLERK OF THE COURT

*Peter N. Metrou, Trustee*
*123 W. Washington Street*
*Suite 216*
*Oswego, IL 60543*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: | § | |
| --- | --- | --- |
| | § | |
| GUST, JOSEPH | § | Case No. 12-24473 |
| | § | |
| Debtor(s) | § | |

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
| --- | --- | --- |
| The Final Report shows receipts of | $ | 5,000.00 |
| and approved disbursements of | $ | 12.45 |
| leaving a balance on hand of[1] | $ | 4,987.55 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
| --- | --- | --- | --- |
| Trustee Fees: Peter N. Metrou, Trustee | $ 1,250.00 | $ 0.00 | $ 1,250.00 |
| Trustee Expenses: Peter N. Metrou, Trustee | $ 28.58 | $ 0.00 | $ 28.58 |

| | |
| --- | --- |
| Total to be paid for chapter 7 administrative expenses | $ 1,278.58 |
| Remaining Balance | $ 3,708.97 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 121,743.48 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 3.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank | $ 20,466.59 | $ 0.00 | $ 623.52 |
| 000002 | PYOD, LLC its successors and assigns as assignee | $ 52,934.99 | $ 0.00 | $ 1,612.69 |
| 000003 | Capital One Bank (USA), N.A. | $ 10,137.49 | $ 0.00 | $ 308.84 |
| 000004 | GE Capital Retail Bank | $ 680.12 | $ 0.00 | $ 20.72 |
| 000005 | GE Capital Retail Bank | $ 682.03 | $ 0.00 | $ 20.78 |
| 000006 | Sallie Mae | $ 36,317.54 | $ 0.00 | $ 1,106.43 |
| 000007 | PYOD, LLC its successors and assigns as assignee | $ 524.72 | $ 0.00 | $ 15.99 |

Total to be paid to timely general unsecured creditors    $ 3,708.97

Remaining Balance    $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

      Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Peter N. Metrou
                           Trustee

*Peter N. Metrou, Trustee*
*123 W. Washington Street*
*Suite 216*
*Oswego, IL 60543*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                              United States Bankruptcy Court
                              Northern District of Illinois
In re:                                                                    Case No. 12-24473-BWB
Joseph Gust                                                               Chapter 7
        Debtor                      CERTIFICATE OF NOTICE
District/off: 0752-1          User: pseamann              Page 1 of 3                  Date Rcvd: Jul 24, 2013
                              Form ID: pdf006             Total Noticed: 22


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 26, 2013.
db            +Joseph Gust,    804 Piedmont Circle,    Naperville, IL 60565-3407
19047036      +Cap One,    Po Box 5253,    Carol Stream, IL 60197-5253
19563451       Capital One Bank (USA), N.A.,     by American InfoSource LP as agent,    PO Box 71083,
                Charlotte, NC 28272-1083
19047037      +Capital One, N.a.,    Capital One Bank (USA) N.A.,    Po Box 30285,    Salt Lake City, UT 84130-0285
19047038      +Chase Mtg,    10790 Rancho Bernardo Rd,    San Diego, CA 92127-5705
19047039      +Chela/Sallie Mae,    Attn: Claims Department,    Po Box 9500,    Wilkes-Barre, PA 18773-9500
19047040      +Citibank Sd, Na,    Attn: Centralized Bankruptcy,    Po Box 20507,    Kansas City, MO 64195-0507
19047043      +Fncc/Legacy Visa,    Attn: Bankruptcy,    Po Box 5097,    Sioux Falls, SD 57117-5097
19047044      +Ford Cred,    Ford Credit,    Po Box 6275,    Deerborn, MI 48121-6275
19047047     ++WELLS FARGO BANK NA,    WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
                ATTN BANKRUPTCY DEPT MAC X7801-014,     3476 STATEVIEW BLVD,    FORT MILL SC 29715-7203
              (address filed with court: Wells Fargo Hm Mortgag,     8480 Stagecoach Cir,    Frederick, MD 21701)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
19047035      +E-mail/Text: ally@ebn.phinsolutions.com Jul 25 2013 01:27:29     Ally Financial,
                200 Renaissance Ctr,    Detroit, MI 48243-1300
19047041      +E-mail/Text: creditonebknotifications@resurgent.com Jul 25 2013 01:22:27     Credit One Bank,
                Po Box 98873,    Las Vegas, NV 89193-8873
19455412       E-mail/PDF: mrdiscen@discoverfinancial.com Jul 25 2013 01:40:54     Discover Bank,
                DB Servicing Corporation,    PO Box 3025,    New Albany, OH 43054-3025
19047042      +E-mail/PDF: mrdiscen@discoverfinancial.com Jul 25 2013 01:40:54     Discover Fin,
                Attention: Bankruptcy Department,    Po Box 3025,    New Albany, OH 43054-3025
19591928       E-mail/PDF: rmscedi@recoverycorp.com Jul 25 2013 01:34:35     GE Capital Retail Bank,
                c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
19047045      +E-mail/PDF: gecsedi@recoverycorp.com Jul 25 2013 01:38:43     Gemb/walmart,    Attn: Bankruptcy,
                Po Box 103104,    Roswell, GA 30076-9104
19047046      +E-mail/PDF: gecsedi@recoverycorp.com Jul 25 2013 01:37:08     Gembppbycr,    Gemb/Attn: Bankruptcy,
                Po Box 103104,    Roswell, GA 30076-9104
19456092      +E-mail/Text: resurgentbknotifications@resurgent.com Jul 25 2013 01:21:25
                PYOD, LLC its successors and assigns as assignee,    of Citibank,    Resurgent Capital Services,
                PO Box 19008,    Greenville, SC 29602-9008
19747079      +E-mail/Text: resurgentbknotifications@resurgent.com Jul 25 2013 01:21:25
                PYOD, LLC its successors and assigns as assignee,    of FNBM,    Resurgent Capital Services,
                PO Box 19008,    Greenville, SC 29602-9008
20354101       E-mail/PDF: rmscedi@recoverycorp.com Jul 25 2013 01:37:54     Portfolio Investments II LLC,
                c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,    Miami, FL 33131-1605
20354102       E-mail/PDF: rmscedi@recoverycorp.com Jul 25 2013 01:34:36
                Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                Miami, FL 33131-1605
19622563      +E-mail/PDF: pa_dc_claims@salliemae.com Jul 25 2013 01:35:34     Sallie Mae,    c/o Sallie Mae Inc.,
                220 Lasley Ave.,    Wilkes-Barre, PA 18706-1496
                                                                                             TOTAL: 12

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0752-1          User: pseamann              Page 2 of 3              Date Rcvd: Jul 24, 2013
                              Form ID: pdf006             Total Noticed: 22

            ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 26, 2013**                          **Signature:**  *Joseph Speetjens*

```
District/off: 0752-1           User: pseamann              Page 3 of 3                Date Rcvd: Jul 24, 2013
                               Form ID: pdf006             Total Noticed: 22
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 23, 2013 at the address(es) listed below:

```
              Marina   Ricci    on behalf of Debtor Joseph   Gust mricci@changandcarlin.com,
               changcarlin@iamthewolf.com
              Michael L Sherman    on behalf of Creditor    Ford Motor Credit Company LLC shermlaw1@aol.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Peter N Metrou    on behalf of Trustee Peter N Metrou met.trustee7@att.net,
               met.trustee_backup@att.net,pnmlawyer@aol.com,pmetrou@ecf.epiqsystems.com
              Peter N Metrou    met.trustee7@att.net,   met.trustee_backup@att.net,pnmlawyer@aol.com,
               pmetrou@ecf.epiqsystems.com
                                                                                              TOTAL: 5
```