UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
§
§
GUST, JOSEPH § Case No. 12-24473
§
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Peter N. Metrou, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS:  CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4)   This case was originally filed under chapter   on          . The case was pending for    months.

5)   All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6)   An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/Peter N. Metrou, Trustee_____
                                                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| | | |
| | | |
| | | |
| **TOTAL GROSS RECEIPTS** | | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | | |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Ally Financial 200 Renaissance Ctr Detroit, MI 48243 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Mtg 10790 Rancho Bernardo Rd San Diego, CA 92127 | | | | | |
| | Ford Cred Ford Credit Po Box 6275 Deerborn, MI 48121 | | | | | |
| | Wells Fargo Hm Mortgag 8480 Stagecoach Cir Frederick, MD 21701 | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| PETER N METROU | | | | | |
| PETER N METROU | | | | | |
| INTERNATIONAL SURETIES, LTD | | | | | |
| CONGRESSIONAL BANK | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Cap One Po Box 5253 Carol Stream, IL 60197 | | | | | |
| | Cap One Po Box 5253 Carol Stream, IL 60197 | | | | | |
| | Discover Fin Attention: Bankruptcy Department Po Box 3025 New Albany, OH 43054 | | | | | |

..

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Fncc/Legacy Visa Attn: Bankruptcy Po Box 5097 Sioux Falls, SD 57117 |  |  |  |  |  |
| 000003 | CAPITAL ONE BANK (USA), N.A. |  |  |  |  |  |
| 000001 | DISCOVER BANK |  |  |  |  |  |
| 000004 | GE CAPITAL RETAIL BANK |  |  |  |  |  |
| 000005 | GE CAPITAL RETAIL BANK |  |  |  |  |  |
| 000002 | PYOD, LLC ITS SUCCESSORS AND ASSIGN |  |  |  |  |  |
| 000007 | PYOD, LLC ITS SUCCESSORS AND ASSIGN |  |  |  |  |  |
| 000006 | SALLIE MAE |  |  |  |  |  |
| TOTAL GENERAL UNSECURED CLAIMS |  |  | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 12-24473 | BWB | Judge: BRUCE W. BLACK | | Trustee Name: | Peter N. Metrou, Trustee |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | GUST, JOSEPH | | | | Date Filed (f) or Converted (c): | 06/18/12 (f) |
| | | | | | 341(a) Meeting Date: | 07/16/12 |
| For Period Ending: | 07/29/14 | | | | Claims Bar Date: | 12/17/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 804 Piedmont Circle Naperville, IL 60565 | 328,900.00 | 0.00 | | 0.00 | FA |
| 2. Checking account with Harris Bank | 200.00 | 200.00 | | 0.00 | FA |
| 3. Checking account with Harris Bank | 0.00 | 0.00 | | 0.00 | FA |
| 4. Savings Account with GMAC | 0.00 | 0.00 | | 0.00 | FA |
| 5. Misc used household goods | 900.00 | 850.00 | | 0.00 | FA |
| 6. used clothing | 300.00 | 0.00 | | 0.00 | FA |
| 7. Term life insurance through Protective Life | 0.00 | 0.00 | | 0.00 | FA |
| 8. 2007 Chevy Suburban - 100K miles | 14,650.00 | 3,361.00 | | 3,361.00 | FA |
| 9. 2012 Ford Focus - 5K miles | 15,000.00 | 1,138.00 | | 1,138.00 | FA |
| 10. 1995 Chevy Camaro | 1,200.00 | 1,200.00 | | 501.00 | FA |
| TOTALS (Excluding Unknown Values) | $361,150.00 | $6,749.00 | | $5,000.00 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Distribution made, waiting for zero balance bank statement

Initial Projected Date of Final Report (TFR): 09/01/20     Current Projected Date of Final Report (TFR): 09/01/13

LFORM1

**UST Form 101-7-TDR (5/1/2011)** *(Page: 7)*

Ver: 18.00a

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 12-24473 -BWB | | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|---|
| Case Name: | GUST, JOSEPH | | Bank Name: | Associated Bank |
| | | | Account Number / CD #: | *******4994 Checking Account |
| Taxpayer ID No: | *******5985 | | | |
| For Period Ending: | 07/29/14 | | Blanket Bond (per case limit): | $ 71,065,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/25/14 | | Trsf In From Congressional Bank | INITIAL WIRE TRANSFER IN | 9999-000 | 1,106.43 | | 1,106.43 |
| 05/27/14 | 005001 | CLERK OF THE COURT<br>219 South Dearborn<br>Chicago, IL 60604 | Deposit of Unclaimed Funds | 7100-000 | | 1,106.43 | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 1,106.43 | 1,106.43 | 0.00 |
| Less: Bank Transfers/CD's | 1,106.43 | 0.00 | |
| Subtotal | 0.00 | 1,106.43 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 1,106.43 | |

Page Subtotals       1,106.43       1,106.43

Ver: 18.00a

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 8)*

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 12-24473 -BWB | | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|---|
| Case Name: | GUST, JOSEPH | | Bank Name: | Congressional Bank |
| | | | Account Number / CD #: | *******8373 Checking Account |
| Taxpayer ID No: | *******5985 | | | |
| For Period Ending: | 07/29/14 | | Blanket Bond (per case limit): | $ 71,065,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/19/12 | 8 | Joe Gust<br>804 Piedmont Circle<br>Naperville, IL 60565-3407 | | 1129-000 | 625.00 | | 625.00 |
| 10/15/12 | 8 | Joe Gust<br>804 Piedmont Circle<br>Naperville, IL 6065-3407 | | 1129-000 | 625.00 | | 1,250.00 |
| 11/20/12 | 8 | Joe Gust<br>804 Piedmont Circle<br>Naperville, IL 60565-3407 | | 1129-000 | 625.00 | | 1,875.00 |
| 12/24/12 | 8 | Joe Gust<br>804 Piedmont Circle<br>Naperville, IL 60565-3407 | | 1129-000 | 625.00 | | 2,500.00 |
| 01/15/13 | 8 | Joe Gust | | 1129-000 | 625.00 | | 3,125.00 |
| 02/07/13 | 001001 | INTERNATIONAL SURETIES, LTD<br>SUITE 420<br>701 POYDRAS ST.<br>NEW ORLEANS, LA 70139 | BOND PREMIUM<br>BOND#016026455 | 2300-000 | | 2.45 | 3,122.55 |
| 02/20/13 | 8, 9 | JOE GUST<br>804 PIEDMONT CIR<br>NAPERVILLE, IL 60565-3407 | | 1129-000 | 625.00 | | 3,747.55 |
| * 03/19/13 | 9 | JOE GUST<br>804 PIEDMONT CIR<br>NAPERVILLE, IL 60565-3407 | | 1129-003 | 625.00 | | 4,372.55 |
| * 04/01/13 | 9 | JOE GUST<br>804 PIEDMONT CIR<br>NAPERVILLE, IL 60565-3407 | NSF CHECK<br>DEBTOR WILL REISSUE | 1129-003 | -625.00 | | 3,747.55 |
| 04/01/13 | 9 | JOE GUST | | 1129-000 | 625.00 | | 4,372.55 |
| 04/15/13 | 9, 10 | GUST, JOE | | 1129-000 | 625.00 | | 4,997.55 |

Page Subtotals       5,000.00       2.45

Ver: 18.00a

FORM 2

Page: 3

Exhibit 9

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 12-24473 -BWB | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|
| Case Name: | GUST, JOSEPH | Bank Name: | Congressional Bank |
| | | Account Number / CD #: | *******8373  Checking Account |
| Taxpayer ID No: | *******5985 | | |
| For Period Ending: | 07/29/14 | Blanket Bond (per case limit): | $ 71,065,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 04/22/13 | | CONGRESSIONAL BANK | BANK SERVICE FEES 3/13 | 2600-000 | | 10.00 | 4,987.55 |
| 09/03/13 | 001002 | PETER N METROU<br>123 W. WASHINGTON STREET<br>SUITE 216<br>OSWEGO, IL  60543 | Chapter 7 Compensation/Expense | | | 1,278.58 | 3,708.97 |
| | | | Fees         1,250.00 | 2100-000 | | | |
| | | | Expenses        28.58 | 2200-000 | | | |
| 09/03/13 | 001003 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Claim 000001, Payment 3.04653% | 7100-000 | | 623.52 | 3,085.45 |
| 09/03/13 | 001004 | PYOD, LLC its successors and assigns as assignee of Citibank<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Claim 000002, Payment 3.04655% | 7100-000 | | 1,612.69 | 1,472.76 |
| 09/03/13 | 001005 | Capital One Bank (USA), N.A.<br>by American InfoSource LP as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Claim 000003, Payment 3.04651% | 7100-000 | | 308.84 | 1,163.92 |
| 09/03/13 | 001006 | GE Capital Retail Bank<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | Claim 000004, Payment 3.04652% | 7100-000 | | 20.72 | 1,143.20 |
| 09/03/13 | 001007 | GE Capital Retail Bank<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | Claim 000005, Payment 3.04679% | 7100-000 | | 20.78 | 1,122.42 |
| * 09/03/13 | 001008 | Sallie Mae<br>c/o Sallie Mae Inc. | Claim 000006, Payment 3.04654% | 7100-003 | | 1,106.43 | 15.99 |
| | | | Page Subtotals | | 0.00 | 4,981.56 | |

Ver: 18.00a

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 10)*

FORM 2

Page: 4

Exhibit 9

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 12-24473 -BWB | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|
| Case Name: | GUST, JOSEPH | Bank Name: | Congressional Bank |
| | | Account Number / CD #: | *******8373  Checking Account |
| Taxpayer ID No: | *******5985 | | |
| For Period Ending: | 07/29/14 | Blanket Bond (per case limit): | $ 71,065,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | | |
| | | | | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 09/03/13 | 001009 | 220 Lasley Ave.<br>Wilkes-Barre, PA 18706<br>PYOD, LLC its successors and assigns as assignee of FNBM<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Claim 000007, Payment 3.04734% | 7100-000 | | 15.99 | 0.00 |
| * 03/25/14 | 001008 | Sallie Mae<br>c/o Sallie Mae Inc.<br>220 Lasley Ave.<br>Wilkes-Barre, PA 18706 | Claim 000006, Payment 3.04654% | 7100-003 | | -1,106.43 | 1,106.43 |
| 03/25/14 | | Trsf To Associated Bank | FINAL TRANSFER | 9999-000 | | 1,106.43 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 5,000.00 | 5,000.00 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 1,106.43 | |
| Subtotal | 5,000.00 | 3,893.57 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 5,000.00 | 3,893.57 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account - ********4994 | 0.00 | 1,106.43 | 0.00 |
| Checking Account - ********8373 | 5,000.00 | 3,893.57 | 0.00 |
| | ----------------------- | ----------------------- | ----------------------- |
| | 5,000.00 | 5,000.00 | 0.00 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals        0.00        15.99

Ver: 18.00a

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 11)

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 5
Exhibit 9

| Case No: | 12-24473 -BWB | | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|---|
| Case Name: | GUST, JOSEPH | | Bank Name: | Congressional Bank |
| | | | Account Number / CD #: | *******8373 Checking Account |
| Taxpayer ID No: | *******5985 | | | |
| For Period Ending: | 07/29/14 | | Blanket Bond (per case limit): | $ 71,065,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | Page Subtotals | 0.00 | 0.00 | |

Ver: 18.00a

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 12)*